**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MELQUISIDET STEVE MORALES MORÁN,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN, ET AL.,

Respondents.

Case No. 5:26-cv-02487-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

On July 20, 2026, the Court issued a Report and Recommendation recommending that the First Amended Petition for Writ of Habeas Corpus be granted. (Dkt. 20.) The Court issued the Report and Recommendation before the action had been fully consented to proceed before the undersigned U.S. Magistrate Judge. The action is now fully consented to proceed before the undersigned U.S. Magistrate Judge for all purposes. (Dkts. 21, 22, 23.) Accordingly, the Court has conducted a *de novo* review of the Report and Recommendation and accepts and adopts the findings, conclusions, and recommendations set forth in the Report and Recommendation.

IT IS ORDERED that the First Amended Petition is GRANTED. Respondents shall immediately release Petitioner Melquisidet Steve Morales Moran (A# 092-631-849) ("Petitioner") from custody on his prior conditions of release (only those conditions in place prior to his re-detention on April 20, 2026) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing notice and an opportunity to respond that comports with 8 C.F.R. §§ 241.4, 241.13. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing a pre-deprivation hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger to the community such that his physical custody is required (The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.). Respondents shall file a notice of compliance within **three days of entry of Judgment**.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 21, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE