JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MELQUISIDET STEVE MORALES MORAN,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN, ET AL.,

Respondents.

Case No. 5:26-cv-02487-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is GRANTED. Respondents shall immediately release Petitioner Melquisidet Steve Morales Moran (A# 092-631-849) ("Petitioner") from custody on his prior conditions of release (only those conditions in place prior to his re-detention on April 20, 2026) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing notice and an opportunity to respond that comports with 8 C.F.R. §§

241.4, 241.13. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing a pre-deprivation hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger to the community such that his physical custody is required (The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.). Respondents shall file a notice of compliance **within three days**.

DATED: July 21, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE